LJS/DGM/JLS 11530.31

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: |
| v. | ) |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

The Defendants, ALLEGIANT AIR, LLC ("Allegiant") and AIRPORT TERMINAL SERVICES, INC. ("ATS"), by and through their attorneys, Linda J. Schneider and Donald G. Machalinski, of Tressler LLP, and pursuant to 28 U.S.C. §§1332, and §1446, remove Case No. 18-L-0136, entitled *JOAN RODNEY v. ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC.,* now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, and in support thereof state as follows:

1. Defendants remove this lawsuit on the basis that federal jurisdiction is proper in this case on the grounds of diversity of citizenship, pursuant to 28 U.S.C. §1332(a)(3).

2. On February 26, 2018, the Plaintiff filed her Complaint in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, with an *ad damnum* seeking in excess of $50,000, in part, for alleged but unspecified injuries and damages, including severe and permanent injuries, pain and suffering, disfigurement and disability, impairment of earning capacity and liability for large sums of money for necessary medical care.  (*See* Ex. A).

3. The Plaintiff, Joan Rodney, alleges that on March 14, 2016 she fell and was injured while disembarking from an aircraft at the MidAmerica St. Louis Airport, Mascoutah, St. Clair County, Illinois ("MidAmerica Airport"). (*See* attached Complaint, Exhibit A).

4. The Plaintiff, Joan Rodney, alleges that she was and is a resident and citizen of Madison County, State of Illinois. (*See* Ex. A).

5. Allegiant was and is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada, and was in 2016 and is a citizen of the State of Nevada. (*See* Ex. A and Declaration of Linda Schneider attached as Exhibit D).

6. ATS was and is a Missouri corporation with its principal place of business in St. Louis, Missouri, and was and is a citizen of the State of Missouri. (*See* Exs. A and D).

7. Federal district courts have original jurisdiction of all civil actions between citizens of different states where the amount in controversy exceeds $75,000.

8. A defendant may remove an action from state court to federal court, based on diversity jurisdiction, pursuant to the provisions of 28 U.S.C. § 1446.

9. Venue and removal to this District are proper pursuant to 28 U.S.C. § 1441(a) because the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, is located within this District and Division.

10. ATS was served with the Summons and Complaint on March 13, 2018. (*See* attached Notice of Service of Process, Exhibit B).

11. Allegiant was served with the Summons and Complaint on March 7, 2018. (*See* attached Notice of Service of Process, Exhibit C).

12. Plaintiff's Complaint does not specify her injuries or provide information from which Defendants could ascertain whether the damages would exceed the amount in controversy requirement for diversity removal.

13. On April 2, 2018, Linda Schneider spoke with Plaintiff's counsel, Robert Marcus, and learned that the Plaintiff is alleging injuries to her knee, namely a torn meniscus that required surgical repair, and that Mr. Marcus believed that Plaintiff has incurred approximately $76,000 in medical bills.  (*See* attached Declaration of Linda Schneider, Exhibit D).

14. On April 30, 2018, Plaintiff's counsel provided copies of medical bills totaling $72,365.51. (*See* Ex. D).

15. Pursuant to 28 U.S.C. § 1446, Defendants' counsel believes in good faith that the amount in controversy exceeds the sum of $75,000, exclusive of interests or costs, based on the *ad damnum*, representations made by Plaintiff's counsel as to the amount of the medical bills and the nature of the injury, the bills actually provided to date, the allegations of permanent injury and Defendants' counsel's own experience in cases involving comparable injuries.

16. Under 28 U.S.C. § 1446(b)(3), if a complaint does not provide information from which a defendant can ascertain the amount in controversy, a defendant may file a notice of removal within thirty days of receiving information "from which it may first be ascertained that the case is one which is or has become removable."

17. Thirty days have not elapsed since counsel for Defendants received information about the injuries and medical bills from she could first ascertain  that the case is one that is removable because the amount in controversy exceeded $75,000 and, therefore, the requirements of 28 U.S.C. Section 1446(b) have been met.

18. As required by 28 U.S.C. § 1446(b), counsel for Defendants is providing written notice of the filing of this Notice of Removal to counsel for Plaintiff and is filing a copy of this Notice of Removal with the Clerk for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division. A copy of the Notice of Filing Notice of Removal is attached as Exhibit E.

WHEREFORE, the Defendants, ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., remove Case No. 18-L-0136 entitled, entitled *JOAN RODNEY v. ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC.,* now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, to the United States District Court for the Southern District of Illinois. East St. Louis Division, and/or for any other order this Court deems just.

Dated: May 2, 2018

        Respectfully submitted by,

        AIRPORT TERMINAL SERVICES, INC. and
        ALLEGIANT AIR, LLC


        __/s/ Linda J. Schneider__
        By: One of Its Attorneys


Attorneys for the Defendants
Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com