Electronically Filed
Kahalah A. Clay
Circuit Clerk
NATASHA HIBBLER
18L0136
St. Clair County
2/26/2018 2:39 PM
616755

**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

JOAN RODNEY,              )
                                 )
      Plaintiff,          )
                                 )
v.                           )    Cause No.: 18-L-0136
                                 )
ALLEGIANT AIR, LLC and AIRPORT   )
TERMINAL SERVICES, INC.,       )
                                 )
      Defendants.     )

## COMPLAINT

COMES NOW the Plaintiff, JOAN RODNEY, by and through her attorneys, KUJAWSKI MARCUS, LLC, and for her cause of action against the Defendants, ALLEGIANT AIR, LLC, and AIRPORT TERMINAL SERVICES, INC., respectfully states as follows:

### General Allegations

1.     That Plaintiff, JOAN RODNEY, was and is a resident and citizen of Madison County, State of Illinois.

2.     That Defendant, ALLEGIANT AIR, LLC, was and is a foreign limited liability corporation in the state of Nevada, with its principal place of business in Las Vegas, Nevada.

3.     That Defendant, ALLEGIANT AIR, LLC, as a Common Carrier, operates flights, ticketing, and passenger boarding and alighting services at MidAmerica St. Louis Airport, 9656 Air Terminal Drive, Mascoutah, St. Clair County, Illinois

4.     That Defendant, AIRPORT TERMINAL SERVICES, INC. is a Missouri Corporation that provides ticketing and passenger boarding and alighting services at

MidAmerica St. Louis Airport, 9656 Air Terminal Drive, Mascoutah, St. Clair County, Illinois.

5.      That on or about March 14, 2016, Plaintiff, JOAN RODNEY was alighting an ALLEGIANT AIR, LLC flight/aircraft at MidAmerica Airport.

## COUNT I
### (Common Carrier – ALLEGIANT AIR, LLC)

6.      Plaintiff's realllege and restate paragraphs 1 - 5 of the General Allegations as if fully stated herein verbatim.

7.      That Defendant, ALLEGIANT AIR, LLC, as a Common Carrier, had a duty to exercise the highest degree of care for the safety of its passengers, including Plaintiff, JOAN RODNEY, in boarding and alighting its airplanes.

8.      That at said time and place, Defendant, ALLEGIANT AIR, LLC, by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)    Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)    Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)    Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)    Failed to properly alight its passengers to a safe location;

(e)    Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)    Allowed the unsafe practice to become the common practice.

9.     That as a direct and proximate result of one or more or all of the foregoing negligent acts of the Defendant, ALLEGIANT AIR, LLC, Plaintiff, JOAN RODNEY was caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee; injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from her usual occupation; that Plaintiff has sustained a permanent impairment of her earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from her injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, ALLEGIANT AIR, LLC, in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit; prejudgment and post judgment interest; and all other relief this Court deems just and proper.

**COUNT II**
(Negligence – ALLEGIANT AIR, LLC)

10.     Plaintiff's reallege and restate paragraphs 1 - 5 of the General Allegations as if fully stated herein verbatim.

11.     That Defendant, ALLEGIANT AIR, LLC, had a duty to exercise reasonable care in providing boarding and deplaning passenger service, wheelchair and aisle chair service, to protect the safety of passengers alighting its airplanes.

12.     That at said time and place, Defendant, ALLEGIANT AIR, LLC, by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)     Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)     Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)     Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)     Failed to properly alight its passengers to a safe location;

(e)     Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)     Allowed the unsafe practice to become the common practice.

13.     That as a direct and proximate result of one or more or all of the foregoing negligent acts of the Defendant, ALLEGIANT AIR, LLC, Plaintiff, JOAN RODNEY was caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee; injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from her usual occupation; that Plaintiff has sustained a permanent impairment of her earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from her injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, ALLEGIANT AIR, LLC, in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit; prejudgment and post judgment interest; and all other relief this Court deems just and proper.

### COUNT III
(Negligence – TERMINAL SERVICES, INC.)

14.     Plaintiff's reallege and restate paragraphs 1 – 5 of the General Allegations as if fully stated herein verbatim.

15.     That Defendant, AIRPORT TERMINAL SERVICES, INC. had a duty to exercise reasonable care in providing boarding and deplaning passenger service, wheelchair and aisle chair service, to protect the safety of passengers alighting airplanes.

16.     That at said time and place, Defendant, AIRPORT TERMINAL SERVICES, INC., by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)     Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)     Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)     Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)     Failed to properly alight its passengers to a safe location;

(e)     Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)     Allowed the unsafe practice to become the common practice.

17.    That as a direct and proximate result of one or more or all of the foregoing negligent acts of the Defendant, AIRPORT TERMINAL SERVICES, INC., Plaintiff, JOAN RODNEY was caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee; injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from her usual occupation; that Plaintiff has sustained a permanent impairment of her earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from her injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant AIRPORT TERMINAL SERVICES, INC., in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit; prejudgment and post judgment interest; and all other relief this Court deems just and proper.

Respectfully submitted,

**KUJAWSKI MARCUS, LLC**

By: /s/ Robert P. Marcus
**ROBERT P. MARCUS, 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone: (618) 622-3600
Facsimile: (618) 622-3700
bmarcus@kujawskimarcus.com

**ATTORNEYS FOR PLAINTIFF**

6