# CT Packing Slip

**CT Corporation**

**UPS Tracking # :**  1ZX212780102686241

**Created By :**  Sonal Bhatia

**Created On :**  03/14/2018 07:01 PM

**Recipient :**

| **Christina M Green** | |
|---|---|
| Title : | VP, Chief Financial Officer & Treasurer |
| Customer : | Airport Terminal Services, Inc. |
| Address : | 111 W Port Plz Ste 400 |
| Email : | cgreen@atsstl.com |
| Phone : | 314-739-1900 Ext. 353    Fax :    314-546-2877 |

**Package Type :**  Envelope

**Items shipped :**  1

| Log # | Case # | Entity Name |
|---|---|---|
| 532959718 | 18L0136 | Airport Terminal Services, Inc. |

**CT Corporation**

**TO:** Christina M Green, VP, Chief Financial Officer & Treasurer
Airport Terminal Services, Inc.
111 W Port Plz Ste 400
Saint Louis, MO 63146-3014

**RE:** **Process Served in Illinois**

**FOR:** Airport Terminal Services, Inc.  (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOAN RODNEY, Pltf. vs. ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | St. Clair County - 20th Judicial Circuit Court, IL<br>Case # 18L0136 |
| **NATURE OF ACTION:** | Plaintiff has sustained pain and suffering |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/13/2018 at 10:30 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days (after/of) service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | ROBERT P. MARCUS<br>KUJAWSKI MARCUS, LLC<br>1331 Park Plaza Drive, Suite 2<br>O'Fallon, IL 62269-1764<br>618-622-3600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780102686241 |
| | Email Notification, Peggy Hohl  peggyhohl@atsstl.com |
| | Email Notification, Christina M Green  cgreen@atsstl.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of  1 / SB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
) S.S.
County of St. Clair )

Case Number ___18L0136___

Amount Claimed ___Excess of $50,000___

| | | |
|---|---|---|
| JOAN RODNEY | VS | ALLEGIANT AIR, LLC and<br><br>AIRPORT TERMINAL SERVICES, INC. |
| **Plaintiff(s)** | | **Defendant(s)** |

Classification Prefix ___L___    Code ___02___    Nature of Action ___Tort___    Code ___02___

Pltf. Atty. Robert P. Marcus    Code _____
Address 1331 Park Plaza Drive, Suite 2
City O'Fallon, IL 62269    Phone 622-3600
Add. Pltf. Atty. _____    Code _____

## SUMMONS COPY

To the above named defendant(s)......:

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

NAME    Airport Terminal Services, Inc.
c/o CT Corporation Systems

ADDRESS  208 South LaSalle Street, Suite 814

CITY & STATE  Chicago, IL 60604

[ ] A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[✓] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 2/28/2018 20___

**SEAL**

Clerk of Court
BY DEPUTY: NATASHA HIBBLER

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant or other person)

DIE DATE
03/21/2018

DOC.TYPE:    SUMMONS
CASE NUMBER:    18L0136
DEFENDANT
AIRPORT TERMINAL SERVICES INC
208 S LASALLE ST
CHICAGO, IL 60604
SET 814

SERVICE INF
C/O CT COR

ATTACHED

I certify that I served this summons on defendants as follows:

(a) -- (Individual defendants -- personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

Name of defendant                                    Date of service

_____                _____

_____                _____

_____                _____

_____                _____

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

```
┌─────────────────────────────────────┐
│           SHERIFF'S FEES             │
│                                      │
│  Service and return _____ $     │
│  Miles _____ . . . . . . . . .$ │
│  Total . . . . . . . . . . . . . . .$ │
│                                      │
│  _____ │
│  Sheriff of _____ County    │
└─────────────────────────────────────┘
```

_____, Sheriff of _____County

_____, Deputy

Electronically Filed
Kahalah A. Clay
Circuit Clerk
NATASHA HIBBLER
18L0136
St. Clair County
2/26/2018 2:39 PM
616755

### IN THE CIRCUIT COURT
### TWENTIETH JUDICIAL CIRCUIT
### ST. CLAIR COUNTY, ILLINOIS

JOAN RODNEY,                              )
                                          )
    Plaintiff,                        )
                                          )
v.                                        )   Cause No.:  18-L- 0136
                                          )
ALLEGIANT AIR, LLC and AIRPORT            )
TERMINAL SERVICES, INC.,                  )
                                          )
    Defendants.                       )

### COMPLAINT

COMES NOW the Plaintiff, JOAN RODNEY, by and through her attorneys, KUJAWSKI MARCUS, LLC, and for her cause of action against the Defendants, ALLEGIANT AIR, LLC, and AIRPORT TERMINAL SERVICES, INC., respectfully states as follows:

### General Allegations

1. That Plaintiff, JOAN RODNEY, was and is a resident and citizen of Madison County, State of Illinois.

2. That Defendant, ALLEGIANT AIR, LLC, was and is a foreign limited liability corporation in the state of Nevada, with its principal place of business in Las Vegas, Nevada.

3. That Defendant, ALLEGIANT AIR, LLC, as a Common Carrier, operates flights, ticketing, and passenger boarding and alighting services at MidAmerica St. Louis Airport, 9656 Air Terminal Drive, Mascoutah, St. Clair County, Illinois

4. That Defendant, AIRPORT TERMINAL SERVICES, INC. is a Missouri Corporation that provides ticketing and passenger boarding and alighting services at

MidAmerica St. Louis Airport, 9656 Air Terminal Drive, Mascoutah, St. Clair County, Illinois.

5.      That on or about March 14, 2016, Plaintiff, JOAN RODNEY was alighting an ALLEGIANT AIR, LLC flight/aircraft at MidAmerica Airport.

## COUNT I
(Common Carrier – ALLEGIANT AIR, LLC)

6.      Plaintiff's reallege and restate paragraphs 1 - 5 of the General Allegations as if fully stated herein verbatim.

7.      That Defendant, ALLEGIANT AIR, LLC, as a Common Carrier, had a duty to exercise the highest degree of care for the safety of its passengers, including Plaintiff, JOAN RODNEY, in boarding and alighting its airplanes.

8.      That at said time and place, Defendant, ALLEGIANT AIR, LLC, by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)      Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)      Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)      Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)      Failed to properly alight its passengers to a safe location;

(e)      Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)      Allowed the unsafe practice to become the common practice.

9.      That as a direct and proximate result of one or more or all of the foregoing

negligent acts of the Defendant, ALLEGIANT AIR, LLC, Plaintiff, JOAN RODNEY was

caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles,

tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee;

injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is

reasonably certain to experience pain and suffering in the future as a result of said

injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from

said injuries; that Plaintiff has lost and will continue to lose large sums of money from her

usual occupation; that Plaintiff has sustained a permanent impairment of her earning

capacity; that Plaintiff has become obligated in the past for medical expenses resulting

from her injuries and will be obligated in the future to expend large sums of money for

necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, ALLEGIANT

AIR, LLC, in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit;

prejudgment and post judgment interest; and all other relief this Court deems just and

proper.

## COUNT II
(Negligence – ALLEGIANT AIR, LLC)

10.     Plaintiff's reallege and restate paragraphs 1 - 5 of the General Allegations

as if fully stated herein verbatim.

11.     That Defendant, ALLEGIANT AIR, LLC, had a duty to exercise reasonable

care in providing boarding and deplaning passenger service, wheelchair and aisle chair

service, to protect the safety of passengers alighting its airplanes.

3

12.     That at said time and place, Defendant, ALLEGIANT AIR, LLC, by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)     Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)     Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)     Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)     Failed to properly alight its passengers to a safe location;

(e)     Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)     Allowed the unsafe practice to become the common practice.

13.     That as a direct and proximate result of one or more or all of the foregoing negligent acts of the Defendant, ALLEGIANT AIR, LLC, Plaintiff, JOAN RODNEY was caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee; injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from her usual occupation; that Plaintiff has sustained a permanent impairment of her earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from her injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

4

WHEREFORE, Plaintiff prays for judgment against the Defendant, ALLEGIANT AIR, LLC, in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit; prejudgment and post judgment interest; and all other relief this Court deems just and proper.

## COUNT III
### (Negligence – TERMINAL SERVICES, INC.)

14.    Plaintiff's reallege and restate paragraphs 1 – 5 of the General Allegations as if fully stated herein verbatim.

15.    That Defendant, AIRPORT TERMINAL SERVICES, INC. had a duty to exercise reasonable care in providing boarding and deplaning passenger service, wheelchair and aisle chair service, to protect the safety of passengers alighting airplanes.

16.    That at said time and place, Defendant, AIRPORT TERMINAL SERVICES, INC., by and through its agents, employees, and representatives negligently and carelessly committed one or more of the following negligent acts or omissions to wit:

(a)    Failed to keep the passenger boarding bridge clear and free from tripping hazards;

(b)    Failed to warn Plaintiff and those deplaning of tripping hazards on the passenger boarding bridge;

(c)    Allowed wheel chairs, aisle chairs and other tripping hazards to remain in the walkway of the passenger boarding bridge;

(d)    Failed to properly alight its passengers to a safe location;

(e)    Failed to provide a reasonably safe place for Plaintiff to alight; and,

(f)    Allowed the unsafe practice to become the common practice.

17.   That as a direct and proximate result of one or more or all of the foregoing negligent acts of the Defendant, AIRPORT TERMINAL SERVICES, INC., Plaintiff, JOAN RODNEY was caused to fall, and sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, joints, cartilage, tissue of her left leg and knee; injuries to her body; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability resulting from said injuries; that Plaintiff has lost and will continue to lose large sums of money from her usual occupation; that Plaintiff has sustained a permanent impairment of her earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from her injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant AIRPORT TERMINAL SERVICES, INC., in an amount in excess of fifty thousand dollars ($50,000.00), costs of suit; prejudgment and post judgment interest; and all other relief this Court deems just and proper.

Respectfully submitted,

**KUJAWSKI MARCUS, LLC**

**By:** /s/ Robert P. Marcus
**ROBERT P. MARCUS, 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone: (618) 622-3600
Facsimile: (618) 622-3700
bmarcus@kujawskimarcus.com

**ATTORNEYS FOR PLAINTIFF**

6