LJS/DGM/JLS                                                                                                          11530.31

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No.: |
| v. | ) |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF LINDA SCHNEIDER**
**IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

Linda Schneider, one of the attorneys for Defendants, ALLEGIANT AIR, LLC ("Allegiant") and AIRPORT TERMINAL SERVICES, INC. ("ATS"), in the above captioned matter, based on her investigation and the papers filed to date in this case, hereby declares the following on behalf of Defendants Allegiant and ATS in support of Defendants' Notice of Removal:

1. I am a partner in the firm of Tressler LLP, counsel for Allegiant and ATS.

2. Allegiant was and is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada, and was in 2016 and is a citizen of the State of Nevada.

3. ATS was and is a Missouri corporation with its principal place of business in St. Louis, Missouri, and was and is a citizen of the State of Missouri.

4. Defendants are filing Federal Rule of Civil Procedure 7.1 Corporate Disclosures for ATS and Allegiant following filing of the Removal Petition.

5. On April 2, 2018, Linda Schneider spoke with Plaintiff's counsel, Robert Marcus, and learned that the Plaintiff is alleging injuries to her knee, namely a torn meniscus that required surgical repair, and that Mr. Marcus believed that Plaintiff has incurred approximately $76,000 in medical bills.

6. On April 30, 2018, Plaintiff's counsel provided copies of medical bills totaling $72,365.51.

7. Pursuant to 28 U.S.C. § 1446, Linda Schneider has a reasonable and good faith belief that the amount in controversy exceeds the sum of $75,000, exclusive of interests or costs, based on the *ad damnum* in the Complaint, her discussion with and representations made by Plaintiff's counsel as to the amount of the medical bills and the nature of the injury, the bills actually provided to date, the allegations of permanent injury and Defendants' counsel's own experience in cases involving comparable injuries.

8. Thirty days have not elapsed since Linda Schneider received information about the injuries and medical bills from she could first ascertain that the case is one that is removable because the amount in controversy exceeded $75,000 and, therefore, the requirements of 28 U.S.C. Section 1446(b) have been met.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing statements are true and correct.

Dated: May 2, 2018

      /s/ Linda J. Schneider
By: One of the attorneys for
Airport Terminal Services, Inc. and
Allegiant Air, LLC