LJS/716117                                                                                            11530-31

# IN THE CIRCUIT COURT
# TWENTIETH JUDICIAL CIRCUIT
# ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No.: 18-L-0136 |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   **ATTORNEY FOR PLAINTIFF**
Robert P. Marcus
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
bmarcus@kujawskimarcus.com

     PLEASE TAKE NOTICE that on **MAY 2, 2018**, we filed with the Clerk of the Circuit Court of St. Clair County, Illinois, Defendants' Notice of Removal, previously filed with the Clerk for the United States District Court, Southern District Of Illinois, East St. Louis Division**,** a copy of which is attached hereto.

                                                  Tressler LLP

                                      By:   */s/Linda J. Schneider*

Attorneys for the Defendants
Linda J. Schneider
Donald G. Machalinski
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com

LJS/716117                                                                                                              11530-31

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of May, 2018, I served this notice and NOTICE OF REMOVAL, by mailing a copy to the attorneys shown above at the addresses shown thereon.

/s/*Patricia Loera*
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein as true and correct.