LJS/DGM/JLS                                                                                           11530.31

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY,                       ) | |
|                                    ) | |
|           Plaintiff,               ) | |
|                                    ) | No.:  3:18-cv-1049 |
| v.                                 ) | |
|                                    ) | |
| ALLEGIANT AIR, LLC and AIRPORT     ) | |
| TERMINAL SERVICES, INC.            ) | |
|                                    ) | |
|           Defendants.              ) | |

**NOTICE OF FILING – NOTICE OF REMOVAL**

To:   Robert P. Marcus, KUJAWSKI MARCUS, LLC
      1331 Park Plaza Dr, Suite 2, O'Fallon, Illinois 62269-1764

   PLEASE TAKE NOTICE that on **May 2, 2018**, we have filed with the Clerk of the United States District Court for the Southern District, East St. Louis Division**,** of Illinois, the Defendants' NOTICE OF REMOVAL, copy of which is attached hereto.

                                     Respectfully submitted by,

                                     */s/ Linda J. Schneider*
                                     Linda J. Schneider

Attorneys for the Defendants
Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com

**CERTIFICATE OF SERVICE**

      I, Linda J. Schneider, certify that on May 2, 2018, this Notice and the foregoing document(s), **Defendants' Notice of Removal** was filed electronically with the Court.  Notice of this filing will be accomplished pursuant to ECF as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.  Parties may access this filing through the Court's system. In addition, the documents referenced herein were served upon the party(s) of record, as above addressed, by enclosing a true and correct copy of same in an envelope, sealed, postage prepaid, and depositing same in U.S. Mail Chute at 233 S. Wacker Drive, Chicago, Illinois, 60606 on **May 2, 2018.**

      Respectfully submitted by,

      */s/ Linda J. Schneider*
      Linda J. Schneider

Attorneys for the Defendants
Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com