LJS/DGM/JLS                                                                                11530.31

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JOAN RODNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.:    3:18-cv-1049 |
| v. | ) | |
| | ) | |
| ALLEGIANT AIR, LLC and AIRPORT | ) | |
| TERMINAL SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**STATEMENT OF AIRPORT TERMINAL SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a) Airport Terminal Services, Inc. ("ATS")

states as follows:

ATS is a Missouri Corporation with its principal place of business in St. Louis, Missouri. ATS

is privately owned and has no parent. There are no publicly held companies owning 10% or more

of the outstanding shares of ATS.

Dated:  May 2, 2018

                                        Respectfully submitted by,

                                        AIRPORT TERMINAL SERVICES, INC.


                                        ___/s/ Linda J. Schneider_____
                                        By: One of Its Attorneys

Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717

lschneider@tresslerllp.com
dmachalinski@tresslerllp.com