LJS/DGM/JLS                                                                                                    11530.31

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No.:   3:18-cv-1049 |
| v. | ) |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## STATEMENT OF ALLEGIANT AIR, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a) Allegiant Air, LLC ("Allegiant") states as follows:

Allegiant is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. Allegiant is a wholly owned subsidiary of Allegiant Travel Company, a publicly held corporation.

Dated:  May 2, 2018

                                                                                       Respectfully submitted by,

                                                                                       AIRPORT TERMINAL SERVICES, INC.

                                                                                         /s/ Linda J. Schneider
                                                                                       By: One of Its Attorneys

Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717

lschneider@tresslerllp.com
dmachalinski@tresslerllp.com