# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | | |
|---|---|---|---|
| Joan Rodney | ) | | |
| *Plaintiff(s)* | ) | Case Number: | 3:18-cv-1049 |
| v. | ) | | |
| Allegiant Air, LLC and Airport Terminal Services | ) | | |
| *Defendant(s)* | ) | | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Linda J. Schneider.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6200343.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 5-2-18
Date

Signature of Movant

Tressler LLP, 233 S. Wacker Dr., 22nd Fl.
Street Address

Linda J. Schneider
Printed Name

Chicago, IL. 60606
City, State, Zip