LJS/DGM/JLS                                                                                               11530.31

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No.: 3:18-cv-1049 |
| v. | ) |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

To:   **ATTORNEY FOR PLAINTIFF**
       Robert P. Marcus
       1331 Park Plaza Drive, Suite 2
       O'Fallon, Illinois 62269-1764
       bmarcus@kujawskimarcus.com

    I hereby certify that on **May 2, 2018**, a copy of a Motion for Pro Hac Vice Admission on behalf of Donald G. Machalinski, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                Respectfully submitted by,

                                                 _/s/ Donald G. Machalinski_
                                               By: One of Its Attorneys

Attorneys for the Defendants
Linda J. Schneider *pro hac vice pending*
Donald G. Machalinski *pro hac vice pending*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com