IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1049-MJR-DGW |
| | ) |
| ALLEGIANT AIR, LLC, and | ) |
| AIRPORT TERMINAL SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

**REAGAN, Chief Judge:**

The undersigned District Judge hereby **RECUSES** from the above-captioned civil case. The Clerk's Office shall reassign the case by random draw.

IT IS SO ORDERED.

DATED May 3, 2018.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge

**This case is hereby reassigned to the Honorable J. Phil Gilbert, United States District Judge. All future pleadings should be captioned as Case No. 18-cv-1049-JPG-DGW.**