**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:18-cv-01049-JPG-DGW |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT | ) |
| TERMINAL SERVICES, INC., | ) |
| | ) |
|      Defendant. | ) |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW Robert P. Marcus, of Kujawski Marcus, LLC, and hereby enters his

appearance as attorney of record for the Plaintiff in the above-styled case.


                     **KUJAWSKI MARCUS, LLC**


By:    s/ Robert P. Marcus_____

            **ROBERT P. MARCUS, IBN 6277965**
            1331 Park Plaza Drive, Suite 2
            O'Fallon, Illinois 62269-1764
            Telephone:  (618) 622-3600
            Facsimile:   (618) 622-3700
            **ATTORNEYS FOR PLAINTIFF**