UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| JOAN RODNEY,<br>*Plaintiff(s)*<br>v.<br>ALLEGIANT AIR, LLC, et al.<br>*Defendant(s)* | )<br>)<br>) Case Number: 3:18-cv-1049<br>)<br>) |

## **ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for ALLEGIANT AIR, LLC AND AIRPORT TERMINAL SERVICES, INC.

DATED: 05-08-2018

/s/Linda J. Schneider
Signature

Linda J. Schneider   *pro hac vice*
Name

Tresser LLP, 233 S. Wacker Dr., Chicago, IL. 60606
Address

312-627-4000
Phone Number

312-627-1717
Fax Number

Lschneider@tresslerllp.com
E-Mail Address

Rev. 2/11