# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

JOAN RODNEY, )
    *Plaintiff(s)* )
    v. )    Case Number: 3:18-cv-1049
ALLEGIANT AIR, LLC, et al. )
    *Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for ALLEGIANT AIR, LLC AND AIRPORT TERMINAL SERVICES, INC.

DATED: 05-08-2018

/s/Donald G. Machalinski
Signature

Donald G. Machalinski    *pro hac vice*
Name

Tresser LLP, 233 S. Wacker Dr., Chicago, IL. 60606
Address

312-627-4000
Phone Number

312-627-1717
Fax Number

dmachalinski@tresserllp.com
E-Mail Address

Rev. 2/11