UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN RODNEY,

    Plaintiff,

v.

ALLEGIANT AIR, LLC and AIRPORT
TERMINAL SERVICES, INC.,

    Defendants.

Case No. 3:18-cv-01049-JPG-DGW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendants Allegiant Air, LLC ("Allegiant") and Airport Terminal Services, Inc. have removed this personal injury case from state court to this Court on a theory of diversity jurisdiction. (Doc. 1.) Allegiant states that it is a citizen of Nevada for diversity purposes because it is registered and has its principal place of business in Nevada, but Allegiant misstates the test for limited liability companies: The citizenship of an LLC for diversity purposes is the citizenship of each of its members. *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). Accordingly, the Court **ORDERS** the defendants to file an amended notice of removal by May 22, 2018 that addresses this issue and whether diversity jurisdiction is still proper in this case.

**IT IS SO ORDERED.**

**DATED: MAY 8, 2018**

                                                                                                s/ *J. Phil Gilbert*
                                                                             **J. PHIL GILBERT
                                                                             DISTRICT JUDGE**