**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOAN RODNEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:18-cv-01049-JPG-DGW |
| | ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., | ) ) |
| | ) |
|     Defendants. | ) |

**JURY DEMAND**

Joan Rodney, by and through her attorneys, Kujawski Marcus, LLC, hereby demands a trial by jury in this matter.

**KUJAWSKI MARCUS, LLC**

By: s/ Robert P. Marcus
**ROBERT P. MARCUS, IBN 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone:  (618) 622-3600
Facsimile:   (618) 622-3700
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing document has been electronically filed and therefore Notice of Electronic Filing service is being utilized, pursuant to Electronic Rule 8 upon all attorneys of record, this 9th day of May, 2018.

s/Robert P. Marcus