LJS/DGM/JLS                                                                                                        11530.31

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:18-cv-01049-JPG-DGW |
| v. ) | |
| ) | Removed from the Circuit Court for the |
| ALLEGIANT AIR, LLC and AIRPORT ) | Twentieth Judicial Circuit, St. Clair County, |
| TERMINAL SERVICES, INC. ) | Illinois |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF REMOVAL

The Defendants, ALLEGIANT AIR, LLC ("Allegiant") and AIRPORT TERMINAL SERVICES, INC. ("ATS"), by and through their attorneys, Linda J. Schneider and Donald G. Machalinski, of Tressler LLP, pursuant to 28 U.S.C. §§1332 and §1446 and this Court's May 8, 2018 Order, file this Amended Notice of Removal supporting Defendants' removal of this matter from the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, to the United States District Court for the Southern District of Illinois, East St. Louis Division, and in support state as follows:

1. Defendants are parties to a case filed by Plaintiff Joan Rodney ("Plaintiff") in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, Case No. 18-L-0136, captioned *Joan Rodney v. Allegiant Air, LLC and Airport Terminal Services, Inc.*

2. Plaintiff alleges in her Complaint that she was and is a resident and citizen of Madison County, State of Illinois.

3. Allegiant is and was a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. The sole LLC member of Allegiant is Allegiant Travel Company. Allegiant Travel Company is and was a Nevada corporation with its principal place of business in Las Vegas, Nevada. (*See* Exhibit A, Allegiant's Amended Rule 7.1 Statement, and Exhibit B, Amended Declaration of Linda Schneider, attached hereto).

4. ATS is and was a Missouri corporation with its principal place of business in St. Louis, Missouri, and is and was a citizen of the State of Missouri.

5. Pursuant to 28 U.S.C. §1332, federal jurisdiction is proper in this case and this Court has original jurisdiction because the Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000. (*See* Ex. B).

6. A defendant may remove an action from state court to federal court, based on diversity jurisdiction, pursuant to the provisions of 28 U.S.C. § 1446.

7. Venue and removal to this District are proper pursuant to 28 U.S.C. § 1441(a) because the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, is located within this District and Division.

8. Thirty days had not elapsed since counsel for Defendants received information about the injuries and medical bills from she could first ascertain that the case is one that is removable because the amount in controversy exceeded $75,000 and removed the case. Therefore, the requirements of 28 U.S.C. Section 1446(b) have been met. (*See* Defendants Notice of Removal filed May 2, 2018 [Dkt. No. 1, and attached Exhibits A-E], which are incorporated herein by reference).

9. As required by 28 U.S.C. § 1446(b), counsel for Defendants is providing written notice of the filing of this Amended Notice of Removal to counsel for Plaintiff and the Clerk for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division. A copy of the Notice of Filing of Amended Notice of Removal is attached as Exhibit C.

WHEREFORE, the Defendants, ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., pursuant to 28 U.S.C. §§1332 and §1446, and pursuant to this Court's May 8, 2018 Order, file this Amended Removal Notice supporting Defendants' removal of this matter from the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, Civil Law Division, to the United States District Court for the Southern District of Illinois, East St. Louis Division, and request that this Court enter an order finding that Removal and jurisdiction with this Court is proper.

Dated: May 9, 2018

Respectfully submitted by,

AIRPORT TERMINAL SERVICES, INC. and
ALLEGIANT AIR, LLC

  /s/ Linda J. Schneider
By: One of Its Attorneys

Attorneys for the Defendants
Linda J. Schneider *pro hac vice*
Donald G. Machalinski *pro hac vice*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com