LJS/DGM/JLS                                                                                      11530.31

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:18-cv-01049-JPG-DGW |
| v. ) | |
| ) | Removed from the Circuit Court for the |
| ALLEGIANT AIR, LLC and AIRPORT ) | Twentieth Judicial Circuit, St. Clair County, |
| TERMINAL SERVICES, INC. ) | Illinois |
| ) | |
| Defendants. ) | |
| _____) | |

## AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1
## STATEMENT OF ALLEGIANT AIR, LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a) Allegiant Air, LLC ("Allegiant") hereby states as follows:

Allegiant is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. Allegiant Travel Company is the sole LLC member of Allegiant Air, LLC and Allegiant is a wholly owned subsidiary of Allegiant Travel Company, which is a publicly held Nevada corporation with its principal place of business in Las Vegas, Nevada. Allegiant Travel Company has no parent. No publicy held company owns 10% or more of Allegiant Travel Company stock.

Dated:  May 9, 2018

                                                          Respectfully submitted by,

                                                          ALLEGIANT AIR, LLC

                                                          __/s/ Linda J. Schneider_____
                                                          By: One of Its Attorneys

Linda J. Schneider *pro hac vice*
Donald G. Machalinski *pro hac vice*
Tressler LLP
233 South Wacker Drive, 22nd Floor

LJS/DGM/JLS                                                                                               11530.31

Chicago, Illinois 60606  
(312) 627-4000  
Fax: (312) 627-1717  
lschneider@tresslerllp.com  
dmachalinski@tresslerllp.com