LJS/716573                                                                  11530-31

## IN THE CIRCUIT COURT
## TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| JOAN RODNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No.: 18-L-0136 |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., | ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING
### OF AMENDED NOTICE OF REMOVAL

To: **ATTORNEY FOR PLAINTIFF**
Robert P. Marcus
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
bmarcus@kujawskimarcus.com

PLEASE TAKE NOTICE that on **MAY 9, 2018**, we filed with the Clerk of the Circuit Court of St. Clair County, Illinois, **DEFENDANTS' AMENDED NOTICE OF REMOVAL**, previously filed with the Clerk for the United States District Court, Southern District Of Illinois, East St. Louis Division**,** a copy of which is attached hereto.

Tressler LLP

By: */s/Linda J. Schneider*

Attorneys for the Defendants
Linda J. Schneider
Donald G. Machalinski
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com

LJS/716573 11530-31

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of May, 2018, I served this notice and **DEFENDANTS' AMENDED NOTICE OF REMOVAL**, by mailing a copy to the attorneys shown above at the addresses shown thereon.

/s/*Patricia Loera*
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein as true and correct.