LJS/DGM/JLS                                                                                                         11530.31

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:18-cv-01049-JPG-DGW |
| v. ) | |
| ) | Removed from the Circuit Court for the |
| ALLEGIANT AIR, LLC and AIRPORT ) | Twentieth Judicial Circuit, St. Clair County, |
| TERMINAL SERVICES, INC. ) | Illinois |
| ) | |
| Defendants. ) | |
| _____) | |

## SUPPLEMENT TO NOTICE OF REMOVAL

Defendants ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., by and through their attorneys, Linda J. Schneider and Donald G. Machalinski, of Tressler LLP, and pursuant to this Court's May 2, 2018 Order, hereby advise the Court that based on counsel's review of the pleadings served on Defendants, no jury was demanded by any party prior to removal.

Dated: May 9, 2018

                                    Respectfully submitted by,

                                    AIRPORT TERMINAL SERVICES, INC. and
                                    ALLEGIANT AIR, LLC

                                      /s/ Linda J. Schneider
                                    By: One of Its Attorneys

Attorneys for the Defendants
Linda J. Schneider *pro hac vice*
Donald G. Machalinski *pro hac vice*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com