LJS/DGM/JLS                                                                                                      11530.31

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:18-cv-01049-JPG-DGW |
| v. ) | |
| ) | Removed from the Circuit Court for the |
| ALLEGIANT AIR, LLC and AIRPORT ) | Twentieth Judicial Circuit, St. Clair County, |
| TERMINAL SERVICES, INC. ) | Illinois |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF FILING**

To:   **ATTORNEY FOR PLAINTIFF**
      Robert P. Marcus
      1331 Park Plaza Drive, Suite 2
      O'Fallon, Illinois 62269-1764
      bmarcus@kujawskimarcus.com

       PLEASE TAKE NOTICE that on **May 9, 2018**, we have filed with the Clerk of the United States District Court for the Southern District of Illinois, East St. Louis Division, the following documents, copies of which are attached hereto.

   1.   AMENDED NOTICE OF REMOVAL;
   2.   AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT OF ALLEGIANT AIR, LLC.;
   3.   SUPPLEMENT TO NOTICE OF REMOVAL; and
   4.   AMENDED CIVIL COVER SHEET;
   5.   ALLEGIANT AIR, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW; and
   6.   AIRPORT TERMINAL SERVICES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW.

                                          Respectfully submitted by,


                                           __/s/ Linda J. Schneider____
                                          By: One of Its Attorneys

Attorneys for the Defendants
Linda J. Schneider *pro hac vice*
Donald G. Machalinski *pro hac*

Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000 / Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com

## **CERTIFICATE OF SERVICE**

To:   **ATTORNEY FOR PLAINTIFF**
      Robert P. Marcus
      1331 Park Plaza Drive, Suite 2
      O'Fallon, Illinois 62269-1764
      bmarcus@kujawskimarcus.com

    I hereby certify that on **May 9, 2018**, a copy of the following documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

1. **AMENDED NOTICE OF REMOVAL;**
2. **AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT OF ALLEGIANT AIR, LLC.;**
3. **SUPPLEMENT TO NOTICE OF REMOVAL; and**
4. **AMENDED CIVIL COVER SHEET;**
5. **ALLEGIANT AIR, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW; and**
6. **AIRPORT TERMINAL SERVICES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW.**

                                   Respectfully submitted by,

                                   __/s/ Linda J. Schneider__
                                   By: One of Its Attorneys

Attorneys for the Defendants
Linda J. Schneider *pro hac vice*
Donald G. Machalinski *pro hac vice*
Tressler LLP
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 627-4000
Fax: (312) 627-1717
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com