# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOAN RODNEY | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.   3:18-CV-1049-JPG-DGW |
| | ) | |
| vs. | ) | CJRA Track: B |
| | ) | |
| ALLEGIANT AIR, LLC et. al. | ) | Trial Date: August, 2019 |
| | ) | |
| Defendants. | ) | Judge: J. Phil Gilbert |

### NOTICE TO COUNSEL

Pursuant to SDIL-LR 16.2(a) and Federal Rule of Civil Procedure 26(f), an initial pretrial scheduling and discovery conference is hereby **SET** before:

**Honorable Donald G. Wilkerson**

on July 12, 2018 **at 2:00 p.m.**

**The Conference will be by telephone.  Counsel for the Plaintiff shall be responsible for placing the conference call to opposing counsel before calling the Court's conference line at (618) 482-9004.   At the discretion of the Court, the Conference may be converted to an in-person setting.**

At least twenty-one (21) days prior to the conference, the parties **SHALL** hold an initial conference of parties and discuss the following:

**(1)**   the nature and basis of their claims and defenses;

**(2)**   the possibility of promptly settling or resolving the case;

**(3)**   the disclosures required by Rule 26(a)(1);

**(4)**   the formulation of a discovery plan including the nature and scope of any burdens associated with the preservation, retrieval, review, disclosure, and production of discoverable information relative to the likely benefit of the proposed discovery (*See* Rule 26(b)(1));

**(5)** costs, if any, the parties may be willing to share to reduce overall discovery expenses, such as the use of a common electronic discovery vendor (if applicable), phased discovery, or other cost-saving measures;

**(6)** any issues specifically relating to disclosure or discovery of electronically stored information, including –

**(i)** the form or forms in which it should be produced;

**(ii)** the topics for such discovery and the time period for which such discovery will be sought;

**(iii)** the various sources of information and/or systems within the party's control that should be searched for electronically stored information; and,

**(iv)** any issues relating to the preservation, retrieval, review, disclosure and/or production of electronically store information;

**(7)** any other topics listed below or in Federal Rules of Civil Procedure 16 and 26(f);

**(8)** development of a Joint Report of Parties.

The parties **SHALL** submit their Joint Report of Parties using the form, which is available in downloadable Word format on the Court's website at www.ilsd.uscourts.gov , **at least Seven (7) days** before the conference.

**In addition**, the Joint Report of Parties must adhere to the following:

**(1)** It must be e-mailed to dgwpd@ilsd.uscourts.gov. in **Word**.

(2) **Third-Party dates must be included** even if no third-party actions are anticipated.

**(3)** The parties must **use the current track or trial date setting** to calculate discovery and dispositive motions deadlines, even if a motion to extend the trial date is pending. In calculating these dates, the parties must use the first day of the presumptive trial month **or** the first day of the month of the trial setting.

If the calculated cutoff date falls on a weekend or holiday, the next business day preceding that date must be used.[1]

**(4)** The proposed order must be **dated** before the signature blocks.

**(5)** The party drafting the document must affix their **digital signature**, e.g., s/John Doe. The other non-drafting parties must have their digital signatures affixed followed by a designation indicating it was signed with consent, e.g., s/John Smith (w/consent). Only one attorney's signatures need be affixed per party.

A timely and satisfactory Joint Report of Parties, consented to and signed by each party or by an attorney of record, may, at the Judge's discretion, be deemed to satisfy the requirements of SDIL-LR 16.2(a). In such cases, the Joint Report of Parties will be adopted, the conference may be cancelled, and a Scheduling and Discovery Order will be entered. However, the conference call is mandatory in all **Track D** proposed class action cases. See SDIL-LR23.1. In **pro se cases**, the Court usually holds these conferences even if the parties have submitted appropriate dates.

---

[1] http://timeanddate.com/date/dateadd.html is a free online date calculator that may be used to calculate dates.

All dates set at the initial pretrial scheduling and discovery conference and/or set forth in an adopted Joint Report of Parties will be incorporated into a Scheduling and Discovery Order, which shall be modified only by Order of Court or pursuant to Rule 29.

Dated: June 18, 2018

                JUSTINE M. FLANAGAN
                ACTING CLERK OF COURT

                **By:**    **s/ Jackie Payton**
                          **Deputy Clerk**