IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-01049-JPG-DGW |
| ) | |
| ALLEGIANT AIR, LLC and AIRPORT ) | |
| TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. | |

**SCHEDULING ORDER**

**WILKERSON, Magistrate Judge:**

The parties are reminded that they may, pursuant to Federal Rule of Civil Procedure 29, modify discovery dates occurring prior to the close of discovery, by agreement, without the Court's involvement, provided that neither the discovery cutoff and dispositive motion deadlines nor the settlement conference date are affected.

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on order of the Court.

Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties in lieu of the Pretrial Scheduling and Discovery Conference.

A. A settlement conference is set before Magistrate Judge Donald G. Wilkerson in accordance with SDIL-LR 16.3(b) on **April 1, 2019 at 9:00 a.m.** in the East St. Louis Federal Courthouse. The parties may contact chambers for a different settlement conference date if they believe that settlement negotiations would be more beneficial at an earlier or later time.

B. A final pretrial conference had been set for July 24, 2019 at 9:30 a.m. in the Benton Courthouse before Judge J. Phil Gilbert.

C. A Jury trial is scheduled for August 5, 2019 at 9:00 a.m. before in the Benton Courthouse before Judge J. Phil Gilbert.

**DATED: July 9, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:18-cv-01049-JPG-DGW |
| ) | |
| ALLEGIANT AIR, LLC and AIRPORT ) | **TRIAL DATE: 8/5/2019** |
| TERMINAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT REPORT OF PARTIES AND**
**PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on June 21, 2018 with attorneys Robert P. Marcus and Linda Schneider participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Rule 26(a)(1) initial disclosures are due by July 23, 2018.

2. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34, shall be served by August 30, 2018.

3. Plaintiff's deposition shall be taken by October 31, 2018.

4. Defendant's deposition shall be taken by November 30, 2018.

5. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by October 10, 2018 (which date shall be no later than 90 days following the Scheduling and Discovery Conference).

6. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

   Plaintiff's expert(s):        January 4, 2019

   Defendants' expert(s):    February 28, 2019

7. Depositions of expert witnesses must be taken by:

   Plaintiff's expert(s):        January 31, 2019

   Defendants' expert(s):    April 1, 2019

*A schedule for third party experts will be supplied if third parties become involved.

8. **Discovery** shall be completed by April 5, 2019, which date shall be no later than one hundred fifteen (115) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All **dispositive motions** shall be filed by April 22, 2019 (which date shall be no later than one hundred (100) days before the first day of the month of the presumptive trial month). Dispositive motions filed after this date will not be considered by the Court.

10. The parties request a Settlement Conference pursuant to SDIL-LR 16.3

11. The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves of the parties' proposed Scheduling and Discovery Order as submitted.

12. This proposed Joint Report of Parties and Proposed Scheduling and Discovery Order has been agreed to by counsel for both parties, and Linda Schneider, counsel for defendants, has given Robert P. Marcus, counsel for Plaintiff, permission to represent her approval of this Joint Report by inserting an electronic signature on her behalf.

Dated: _____, 2018

| | |
|---|---|
| s/Robert P. Marcus | s/Linda Schneider (with permission) |
| Robert P. Marcus | Linda Schneider |
| Kujawski Marcus LLC | Tressler LLP |
| 1331 Park Plaza Drive, Suite 2 | 233 S. Wacker Drive, Suite 2200 |
| O'Fallon, Illinois 62269 | Chicago, IL 60606 |
| **Attorney for Plaintiff** | **Attorney for Defendants** |