IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **JOAN RODNEY,** | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 3:18-cv-01049-JPG-DGW |
| **ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC.,** | ) ) ) ) ) | |
| Defendants. | | |

**ORDER REGARDING DISCOVERY DISPUTES**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Jacqueline Kutnik-Bauder, Law Clerk to Judge Wilkerson, at (618) 482-9278, to schedule a telephonic conference call with the Court and opposing counsel. If the dispute involves written discovery, the disputed portion(s) shall be submitted to the Court by e-mail (Jacqueline_kutnik-bauder@ilsd.uscourts.gov) or faxed to the Court (if less than twenty pages) at (618) 482-9277, prior to the telephonic conference. The party with the discovery dispute shall be responsible for initiating the conference call. The Court's teleconference number is (618) 482-9004. Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court. Expense of the call will be borne by the non-prevailing party. The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/Wilkerson.aspx, for additional information and specific procedures regarding discovery disputes. **Consult this Court's webpage BEFORE contacting chambers with questions**.

**So Ordered.**

**DATED: July 9, 2018**

*/s/ Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**