# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN RODNEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 3:18-cv-01049-JPG-DGW ) |
| ALLEGIANT AIR, LLC and AIRPORT TERMINAL SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, Joan Rodney, hereby informs the Court that Plaintiff and Defendant have entered into a settlement in this case and expect that the settlement papers will be executed and a Stipulation for Dismissal submitted to the Court within the next 45 days.

**KUJAWSKI MARCUS, LLC**

By:  s/ Robert P. Marcus
**ROBERT P. MARCUS, IBN 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone: (618) 622-3600
Facsimile:  (618) 622-3700
**ATTORNEYS FOR PLAINTIFF**