LJS/DGM/JLS            Firm No. 46239            11530-31

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOAN RODNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:18-cv-01049-JPG-DGW |
| v. ) | |
| ) | Removed from the Circuit Court for |
| ALLEGIANT AIR, LLC and AIRPORT ) | the Twentieth Judicial Circuit, St. |
| TERMINAL SERVICES, INC. ) | Clair County, Illinois |
| Illinois ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties, the Plaintiff, JOAN RODNEY, and the Defendants, AIRPORT TERMINAL SERVICES, INC. and ALLEGIANT AIR, LLC, by and through their below respective attorneys, that this case be dismissed, including the Plaintiff's complaint, with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said actions were brought, could have been brought, and/or arising therein, having been fully settled, compromised and adjourned.

October 11, 2018            October 11, 2018

*//s//Robert P. Marcus*            *//s//Linda J. Schneider*
**ATTORNEY FOR PLAINTIFF,**            **Attorneys for the Defendants,**
**JOAN RODNEY**            **Airport Terminal Services, Inc. and**
Robert P. Marcus            **Allegiant Air, LLC**
1331 Park Plaza Drive, Suite 2            Linda J. Schneider
O'Fallon, Illinois 62269-1764            Donald G. Machalinski
bmarcus@kujawskimarcus.com            Tressler LLP
           233 S. Wacker Drive, 22nd Floor
           Chicago, IL  60606
           312.627.4000
           lschneider@tresslerllp.com
           dmachalinski@tresslerllp.com