IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN RODNEY,

Plaintiff,

v.

ALLEGIANT AIR, LLC and
AIRPORT TERMINAL SERVICES, INC.,

Defendants.

Case No. 18-cv-1049 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 22, 2018**      MARGARET M. ROBERTIE, Clerk of Court

                                                                           *s/Tina Gray*
                                                                           **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**